```
          IN THE UNITED STATES DISTRICT COURT
          FOR THE MIDDLE DISTRICT OF GEORGIA
                   COLUMBUS DIVISION
```

| | | |
|---|---|---|
| IN RE MENTOR OBTAPE | * | MDL Docket No. 2004 |
| | | 4:08-MD-2004 (CDL |
| TRANSOBTURATOR SLING PRODUCTS | * | |
| | | CASE NO. 4:13-CV-357 |
| LIABILITY LITIGATION | * | (Mullins) |

### O R D E R

Presently pending before the Court is Defendant Mentor Worldwide LLC's Motion for Suggestion of Remand to the United States District Court for the Southern District of West Virginia (ECF No. 11 in 4:13-cv-357). As discussed below, the motion is granted.

Plaintiff Anna Marie Mullins alleged in her Complaint that she sustained injuries caused by Mentor's suburethral sling product, ObTape Transobturator Tape ("ObTape"), which is at issue in this multidistrict litigation proceeding. Compl. ¶¶ 8-9, ECF No. 1 in 4:13-cv-357 (alleging injuries caused by "Mentor Transobturator Transvaginal Tape"). The Judicial Panel on Multidistrict Litigation transferred Mullins's case to this Court. See Conditional Transfer Order No. 80, ECF No. 5 in 4:13-cv-357.

During discovery, however, the parties learned that Mullins was not implanted with ObTape but with a different suburethral sling. Given that this case does not involve ObTape, it does

not "involve questions of fact that are common to the actions" that are part of this multidistrict litigation proceeding. Conditional Transfer Order No. 80.  Therefore, the Court grants Mentor's request for a suggestion of remand so that the Judicial Panel on Multidistrict Litigation may enter an order transferring this case back to the transferor court, the United States District Court for the Southern District of West Virginia.

IT IS SO ORDERED, this 27th day of January, 2014.

S/Clay D. Land  
CLAY D. LAND  
UNITED STATES DISTRICT JUDGE